CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD SHINE,<br>Petitioner, | ) )  ) | Civil Action No. 7:16-cv-00258 |
| v. | ) ) | **FINAL ORDER** |
| HAROLD W. CLARKE,<br>Respondent. | ) ) ) | By:  Hon. Michael F. Urbanski<br>United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Shine.

ENTER: This ___29___ day of August, 2016.

/s/ Michael F. Urbanski
United States District Judge